# GRIMSLEY LAW FIRM, LLC
### Attorneys at Law

1703 Laurel Street
P.O. Box 11682 (29211)
Columbia, South Carolina 29201

Telephone (803) 233-1177
Facsimile (803) 233-0798
Email  egrimsley@grimsleylaw.com
       bgrimsley@grimsleylaw.com

Edward L. Grimsley
Benjamin E. Grimsley *

* Also admitted in North Carolina

April 18, 2016

The Honorable Laura A. Austin
United States Bankruptcy Courthouse
1101 Laurel St.
Columbia, SC 29201

    RE:    Henry Williams
            Bankruptcy Case No. 06-05821-hb

Dear Ms. Austin:

    Pursuant to the Deficiency Notice dated April 12, 2016, attached please find copies of the Certificate of Appointment and a copy of the probated will.

    If you have any questions or wish to discuss this further, please do not hesitate to call me. I appreciate your assistance in this matter.

Sincerely,

Edward L. Grimsley

ELG/crt
Enclosures

STATE OF SOUTH CAROLINA )  IN THE PROBATE COURT
COUNTY OF LEE )  CERTIFICATE OF APPOINTMENT
)
IN THE MATTER OF HENRY CARLISLE BROADWAY )
) CASE NUMBER: 2007ES3100028
)

This is to certify that

JEAN L BROADWAY

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ GUARDIAN
☐ CONSERVATOR
☐ TRUSTEE

In the above matter and that this appointment, having been executed on the __6th__ day of ____March____, _2007_ is now in full force and effect, including authorization to receive all monies, income, principal, interest & dividends of and belonging to said estate.

**RESTRICTIONS:**

Executed this __6th__ day of ____March____, _2007_.

Do not accept a copy of this certificate without
the raised seal of the Probate Court.

CATHERINE F. HARRIS, PROBATE JUDGE

FORM #141PC (1/91)
62-1-305, 62-3-103, 62-5-304, 62-5-421,

LAST WILL AND TESTAMENT—No. 161                                                34567890

# Last Will and Testament

I, Henry Carlisle Broadway

of Bishopville, County of Lee, State of South Carolina, being of sound and disposing mind and memory and desiring to make such disposition of my worldly estate as I deem best, DO HEREBY MAKE, PUBLISH AND DECLARE THIS TO BE MY LAST WILL AND TESTAMENT, hereby revoking any and all former wills and codicils whatever by me made.

*First:* I direct that all my just debts and funeral expenses be paid out of my estate as soon after my decease as conveniently may be and to that end charge my whole estate, real and personal, with the same.

*Second:* I give, devise and bequeath to my wife, Emma Jean Broadway, all of my property of every nature, kind and description, both real, personal or mixed, and whereever situate, absolutely and in fee simple.

Third:  In the event my wife, Emma Jean Broadway, predeceases me or we are killed in a common disaster, then I devise and bequeath all of my property as above mentioned to my daughter, Lisa Jean Broadway.

CERTIFIED A TRUE COPY

*I nominate and appoint* ............ Emma Jean Broadway ............................................

*to be the executor........ of this my Last Will and Testament* ..................................

*IN WITNESS WHEREOF, I have hereunto set my hand and seal to this my Last Will and Testament at* Bishopville, South Carolina ..................................................

*this* 19th *day of* May *, in the year of our Lord One Thousand Nine Hundred and* Eighty-Seven,

*Henry Broadway* ........................ (SEAL)

*Signed, sealed, published and declared by the said* Henry Carlisle Broadway, Testator *as and for* his *last will and testament in the presence of us, who in* his *presence, at* his *request and in the presence of one another, all present together, have hereunto subscribed our names as witnesses.*

[Signatures of witnesses]
Lisa Ruple
Lynn P. Hull

DIRECTIONS—Will must be in writing, signed at the end thereof by the party making the same, or if unable so to do, by some other person in his presence and by his express directions and attested by at least two witness (in some states three) in the testator's presence who saw him subscribe and acknowledge it as his will. The testator and witnesses must execute Will in the presence of each other. In South Carolina Wills must be attested by at least three (3) witnesses.