UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO:  05-08378-dd |
| | ) | CHAPTER:  7 |
| Kate Sykes Foster | ) | |
| aka Kate Foster Douglass | ) | |
| | ) | MOTION FOR PAYMENT |
| | ) | OF UNCLAIMED DIVIDEND |
| | ) | |
| Debtor(s). | ) | |

NOW APPEARS the movant, <u>The Locator Services Group Ltd. on behalf of General Electric Company for Citicapital Commercial Corp., by and through its attorney Michael J. Polk</u>, and states that on <u>May 19, 2008 and September 9, 2009, Citicapital Commercial Corp.</u> became entitled to receive<u>$1,940.45 and $124.42 totaling $2,064.87</u> as a distribution in the above-named case, and now appears on the records of this Court as the owner of said funds.  The amount requested is being held in the United States Treasury as unclaimed funds pursuant to 11 U.S.C. § 347(a). The reason that the original disbursement was not presented for payment was because <u>the check was likely never received due to a change of address, address consolidations or business merger.  Citicapital Commercial Corp. merged with and into Citicorp Leasing, Inc. on August 4, 2008.  That same year, Citicorp Leasing, Inc., filed a certificate of amendment, changing its name to GE Capital Commercial Inc.  GE Capital Commercial Inc. is a General Electric Company.</u>

**(specifically state reason and include brief history of creditor/claimant from filing of claim to present).[1]**

The movant represents that he/she/it is entitled to receive the requested funds and that no other party is entitled to the funds based upon: (check the statement(s) that apply):[2]

_____ movant is the creditor/claimant/self-representative of said funds and is the owner of the funds appearing on the records of this Court;

_____ movant is a representative of the estate of a deceased claimant (owner of the funds), as evidenced in the attached documents, including copies of probate documents establishing a right to act on behalf of the decedent's estate;

_____ movant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and is the representative of the owner of the funds, as evidenced by attached affidavit; if creditor/claimant is a successor corporation or partnership, the creditor/claimant has attached copies of documents establishing the derivation of entitlement to the funds;

_____ movant has been assigned the claim, as evidenced in the attached documents;

\_\_\_\_X\_\_\_ movant is named in the attached notarized Power of Attorney by the owner of the funds, valid under the laws of the State of South Carolina, which empowers movant to collect the unclaimed funds described above on behalf of the owner.

WHEREFORE, the movant submits to the jurisdiction of this Court and requests that an order be entered directing payment of the unclaimed funds described above to the movant.

---

[1]Specific and sufficient details of any transfer of the original claim, change of name or address of original claimant (such as through sale or merger) must be provided or the motion will be denied.

[2]Any attorney representing a movant seeking payment of unclaimed dividends must be admitted to practice before this Court as set forth in SC LBR 2090-1.

I, Michael J. Polk, representing The Locator Services Group Ltd. on behalf of General Electric Company for Citicapital Commercial Corp., hereby declare under penalty of perjury that the foregoing is true and correct and state that I am a creditor/debtor in the above-named case and request payment of my unclaimed dividend/refund check or am authorized to request payment of the above dividend and that I have served a copy of this motion and attachments to the United States Attorney for the District of South Carolina on Friday, November 20, 2009.

Name  General Electric Company for Citicapital Commercial Corp.

Current Phone No. 239.275.2463

Last Four Digits of Social Security No. 14-0689340

Previous Mailing Address  250 E Carpenter Freeway, 7 Decker Mail Stop 7 120, Irving TX 75062

Current Mailing Address  c/o The Locator Services Group Ltd., 280 Summer Street, Suite 701, Boston, MA 02210

Driver's License No.  N/A

/s/ Michael J. Polk

Signature of Movant
Michael J. Polk, Fed ID 6528
BELSER & BELSER, P.A.
1901 Main Street, Suite 1550 (29201)
P.O. Box 96
Columbia, SC  29202
Phone: (803) 929-0096
Fax: (803) 929-0196

---

[3] If corporate seal is not affixed or available, then appropriate documentation is required which indicates that the person signing the motion is authorized to do so.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO:  05-08378-dd |
| | ) | CHAPTER:  7 |
| Kate Sykes Foster | ) | |
| aka Kate Foster Douglass | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

CERTIFICATE OF SERIVCE

    I, Michael J. Polk, representing The Locator Services Group Ltd. on behalf of General Electric Company for Citicapital Commercial Corp., certify that on Friday, November 20, 2009, I caused a true full copy of the Motion for Payment of Unclaimed Dividends, along with all supporting documentation, to be served via First Class Mail in a sealed prepaid envelope upon the United States Attorney for the District of South Carolina at the following addresses:

United States Attorney
First Union Building
1441 Main Street, Suite 500
Columbia, SC 29201

                                                        /s/ Michael J. Polk
                                                        Signature of Movant
                                                        Michael J. Polk, Fed ID 6528
                                                        BELSER & BELSER, P.A.
                                                        1901 Main Street, Suite 1550 (29201)
                                                        P.O. Box 96
                                                        Columbia, SC  29202
                                                        Phone: (803) 929-0096
                                                        Fax: (803) 929-0196

## Limited Power of Attorney
## For the Recovery of Funds

I, Francisco Gonzalez do hereby appoint THE LOCATOR SERVICES GROUP LTD., as attorney in fact to recover, to seek and recover or cause to be recovered, the undistributed, unclaimed, uncashed or undelivered tenders of funds of Citicapital Commercial Corp, a General Electric Company in the amount of $2,064.87 held by any federal, provincial, state or other governmental entity, or any agency or subdivision thereof.

However, THE LOCATOR SERVICES GROUP LTD, may not incur any costs on my behalf or make any expenditure on my behalf unless such authority is given in a separate writing signed by me. Undistributed, unclaimed, or undelivered tenders of funds shall be directed to the attention of THE LOCATOR SERVICES GROUP LTD unless directed otherwise.

This Limited Power of Attorney shall automatically expire six months from the date hereof; provided, however that such expiration shall be ineffective as to any claim relating to a recovery made by THE LOCATOR SERVICES GROUP LTD. prior to the time of such expiration.

Signed this __6__ day of __Nov__ in the year 200__9__.

General Electric Company

By: Francisco Gonzalez
    Finance & Internal Audit Analyst

State of **Florida**
County of **Lee**

Acknowledged by me on this __6__ day of __November__ in the year 200__9__, Francisco Gonzalez, to be well known to be the individual described here in the forgoing instrument and acknowledged the execution thereof to be his free act and deed.

Before me: _Lori Lamaritata_

(Notary Seal)

> LORI LAMARITATA
> MY COMMISSION # DD 786653
> EXPIRES: July 2, 2012
> Bonded Thru Notary Public Underwriters

My Commission Expires: __7/2/2012__

TLSG Reference Number: 188GE
GE Reference Number: R19445



Mark J. Krakowiak
Vice President
Risk, Insurance & Industrial
Financing

GE
3135 Easton Turnpike
W3F
Fairfield, CT 06828
USA

T +1 203 373 2088
F +1 203 373 3842
mark.krakowiak@ge.com

## Statement of Authority

The undersigned being duly sworn, states that Francisco Gonzalez, Finance and Internal Audit Analyst, is authorized to execute claim documents on behalf of General Electric Company and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

GENERAL ELECTRIC COMPANY

Mark J. Krakowiak
Vice President- Risk, Insurance and Industrial Financing of General Electric Company
3135 Easton Turnpike- W3F
Fairfield, CT. 06828
203-373-2088

Subscribed and sworn to me this __15__ day of __January__, 2009.

My Commission Expires __1/31/2011__

ANDREW A. LILEIKA
Notary Public, State of Connecticut
My Commission Expires Jan. 31, 2011

General Electric Company



**Francisco Gonzalez**
Finance & Internal Audit Analyst

T +1 239 275 2432
M +1 239 682 0552
francisco.gonzalez5@ge.com

GE
4211 Metro Parkway
Fort Myers, Fl 33916
USA
GE Corporate

Date Filed: 11/4/2008 3:16:00 PM
Elaine F. Marshall
North Carolina Secretary of State
C200830800489

# Delaware
## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE CERTIFICATE OF MERGER, WHICH MERGES:

"CITICAPITAL COMMERCIAL CORPORATION", A DELAWARE CORPORATION,

WITH AND INTO "CITICORP LEASING, INC." UNDER THE NAME OF "CITICORP LEASING, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, WAS RECEIVED AND FILED IN THIS OFFICE THE FOURTH DAY OF AUGUST, A.D. 2008, AT 12:16 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION SHALL BE GOVERNED BY THE LAWS OF THE STATE OF DELAWARE.

0696607  8330

081050420

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6920321

DATE: 10-20-08

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "CITICORP LEASING, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "GE CAPITAL COMMERCIAL INC.", THE FOURTH DAY OF AUGUST, A.D. 2008, AT 4:46 O'CLOCK P.M.

0696607    8320

080844206

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6771349

DATE: 08-04-08

# PROFIT CORPORATION
## APPLICATION BY FOREIGN PROFIT CORPORATION TO FILE AMENDMENT TO APPLICATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

(Pursuant to s. 607.1504, F.S.)

### SECTION I
(1-3 MUST BE COMPLETED)

_____
(Document number of corporation (if known))

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
08 AUG -5   AM 10: 59

1. Citicorp Leasing, Inc.
(Name of corporation as it appears on the records of the Department of State)

2. Delaware
(Incorporated under laws of)

3. 08/25/1971
(Date authorized to do business in Florida)

### SECTION II
(4-7 COMPLETE ONLY THE APPLICABLE CHANGES)

4. If the amendment changes the name of the corporation, when was the change effected under the laws of its jurisdiction of incorporation? _____

5. GE Capital Commercial Inc.
(Name of corporation after the amendment, adding suffix "corporation," "company," or "incorporated," or appropriate abbreviation, if not contained in new name of the corporation)

_____
(If new name is unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

6. If the amendment changes the period of duration, indicate new period of duration.

_____
(New duration)

7. If the amendment changes the jurisdiction of incorporation, indicate new jurisdiction.

_____
(New jurisdiction)

8. Attached is a certificate or document of similar import, evidencing the amendment, authenticated not more than 90 days prior to delivery of the application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the laws of which it is incorporated.

_____
(Signature of a director, president or other officer - if in the hands of a receiver or other court appointed fiduciary, by that fiduciary)

Timothy Carli                                               President
(Typed or printed name of person signing)         (Title of person signing)

## AFFIDAVIT

I, Francisco Gonzalez, being duly sworn, state under the pains and penalties of perjury that I am a Finance & Internal Audit Analyst and that my responsibilities include verifying the particular entities for which General Electric Company (hereafter "General Electric") may claim abandoned or unclaimed property.

General Electric uses its internal database "GOLDnet" to substantiate ownership, branch, tax and certain other business information about each legal entity owned or acquired by General Electric since 1998. This information may also be used to verify the principal address associated with each legal entity. Additionally, the database lists the various "business summary level acronyms" or "d/b/a's" for particular General Electric legal entities.

The attached print out from General Electric's GOLDnet system verifies that General Electric is entitled to claim abandoned or unclaimed property on behalf of the listed entity (or entities) and provides the additional ownership and/or address information required by the State.

Signature: _____
Francisco Gonzalez
Financial & Internal Audit Analyst

AFFIX CORPORATE SEAL

Signed this 24 day of September, 2009

State of Florida
County of Lee

On this 24 day of September, 2009 before me Francisco Gonzalez, personally appeared, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary's Signature

Place Notary Seal Here

LORI LAMARITATA
MY COMMISSION # DD 786653
EXPIRES: July 2, 2012
Bonded Thru Notary Public Underwriters

Affiant: Known ✓ or Produced ID _____

Type of ID _____

My commission expires: 7\2\2012

# 2009 Profile for GE Capital Commercial Inc. (CS2437)

## Legal Information

### Entity Information
Last Updated: 08/20/2008

| | |
|---|---|
| Legal Entity Name: | GE Capital Commercial Inc. |
| Short Name: | N/A |
| Maintenance Owner: | Capital Finance - CLLAM-GE Cap Fin Inc (UTAH Bank) |
| GE/GECS/NBC: | GECS    Federal ID: 13-2640703 |

### Entity Types
Last Updated: Not Available

| | |
|---|---|
| Legal: | US Corporation |
| Local Tax: | US Corporation    Begin Date: 01/01/2009   End Date: 12/31/2009 |

*Begin and End Dates reflect the period that this tax type is valid during the year.

### Incorporation Jurisdiction
Last Updated: Not Available

State: Delaware    Country: United States

### Principal Address
Last Updated: 11/17/2008

6510 S. Millrock Drive
City: Holladay    State: UT    Postal Code: 84121    Country: United States

### Dates
Last Updated: 08/20/2008

Incorporated: 12/23/1968
Acquired: 07/31/2008

### Maintenance Owner Contact
Name: Michael Meehan    Phone: 1-801-733-3057   Dial Comm: 8*609-3057
Email: 213011866@mail.ad.ge.com

If acquisition or incorporation dates are incorrect please log a support central case by clicking here.

### Legal Contacts
Name: Michael Meehan    Phone: 801-733-3057   Dial Comm: *609-3057

### Legal Entity Purpose
Last Updated: Not Available

Not Available

## Tax Information

### Codes
Last Updated: 08/19/2008

| | |
|---|---|
| GEIS: | N/A |
| NAICS: | 525990 - Other Financial Vehicles (including closed-end investment funds) |

### Reporting
Last Updated: 11/17/2008

| | |
|---|---|
| Tax Status: | Active    Tax Consolidation Group: General Electric |
| Fiscal Year End (local): | 12/31/2009    Functional Currency: US Dollar |

### Return Preparation
Last Updated: Not Available

| | |
|---|---|
| US Tax Returns Prepared By: | Corporate (DCS, FIR, PCS) |
| Local Tax Returns Prepared By: | Corporate (DCS, PCS, SWP) |

### Tax Officer Resolution
Last Updated: 08/20/2008

### Other Attributes
There are no other attributes.

### Footnotes
There are no footnotes at this time.

Tax Officer Resolution: N/A

MARS Registration [?]    Last Updated: Not Available

MARS/CDR ID: AUX

MARS Indicator: Yes

## Comments

**Note to User:** All comments are shown here and may not pertain to the year chosen.

### Comments

**20 August 2008 08:37**

**Author:** Nobile, David
**Type:** General
**Title:** Acquisition Date
**Text:** Date changed to 07/31/2008 per SC Case 7573202

**19 August 2008 17:19**

**Author:** Ramirez, Victor
**Type:** General
**Title:** name change
**Text:** Citicorp Leasing, Inc. changed its name to GE Capital Commercial Inc. on August 4, 2008

Introducing LEVEL – the organizational charting tool linked to GOLDnet.
**Give it a test drive today and make sure to let us know what you think.**

## Ownership Information

| Unknown Stock Type And Class | | Last Updated: 07/31/2008 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GOLD ID | Owner Name | MARS/CDR | Shares Owned | Options Owned | Start Date | End Date | Owned % | Eff. Own % | Notes | Action |
| 000478 | GE Capital Financial Inc | 189 | | | 07/31/2008 | | 100.000000 | 100.000000 | | None |
| | Totals: | | | | | | 100.000000 | 100.000000 | | |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>FOSTER, KATE SYKES<br><br>Debtor(s). | Case No. 05-08378-DRD<br><br>Chapter 7A |
|---|---|

## UNCLAIMED DIVIDENDS REPORT

Enclosed from the office of Robert F. Anderson, trustee for the above referenced case is check number 3020 in the amount of $1,940.45 representing monies designated as dividends to unsecured creditors as follows:

| CREDITOR | CLAIM # | REASON FOR RETURN* | | | AMOUNT |
|---|---|---|---|---|---|
| | | Failure to Clear | Ret'd mail | Pursuant to BR 3010 | |
| Citicapital Commercial Corp. | 3 | | X | | $1,940.45 |

_Robert F. Anderson, Trustee_

Date: May 19, 2008
(For Bankruptcy Court Use ONLY)

TITLE: DOCKET:

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
| | Receipt No. | | | |
| | | | | |
| | | | | |
| | | | | |

Claim 000003, Payment 93.97444%
111-0220984-000

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

ROBERT F. ANDERSON
208 CANDI LANE
COLUMBIA, SC 29210

CHECK NUMBER
3020

| DATE | AMOUNT |
|---|---|
| 05/19/08 | *******1,940.45 |

**2059701**

PAY TO THE ORDER OF

United States Bankruptcy Court
1100 LAUREL STREET
COLUMBIA, SC 29201-2423

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-08378-JEW   DRD | Debtor: FOSTER, KATE SYKES |

One Thousand Nine Hundred Forty Dollars And 45/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆003020⑆ ⑈111000012⑈ 4429259991⑉

---

| Date: 05/19/08 | Check Number: 3020 | Amount: 1,940.45 |
|---|---|---|

Case Number:   05-08378-JEW
Debtor Name:   FOSTER, KATE SYKES

| Paid To: | United States Bankruptcy Court<br>1100 LAUREL STREET<br>COLUMBIA, SC 29201-2423 | Trustee: | ROBERT F. ANDERSON<br>208 CANDI LANE<br>COLUMBIA, SC 29210 |
|---|---|---|---|

Description:   Claim 000003, Payment 93.97444%   111-0220984-000
Citicapital Commercial Corp.

Bank Account Number:   4429259991

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>KATE SYKES FOSTER<br><br>Debtor(s). | Case No. 05-08378<br><br>Chapter 7A |
|---|---|

## UNCLAIMED DIVIDENDS REPORT

Enclosed from the office of Robert F. Anderson, trustee for the above referenced case is check number 3038 in the amount of $124.42 representing monies designated as dividends to unsecured creditors as follows:

| CREDITOR | CLAIM # | REASON FOR RETURN* | | | AMOUNT |
|---|---|---|---|---|---|
| | | Failure to Clear | Ret'd mail | Pursuant to BR 3010 | |
| Citicapital Comm. Corp. | 000003 | | XXX | | $124.42 |

Robert F. Anderson, Trustee

Date: September 9, 2009
(For Bankruptcy Court Use ONLY)

TITLE: DOCKET:

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
| | Receipt No. | | | |
| | | | | |
| | | | | |
| | | | | |

Claim 000003, Payment 6.02556%
111-0220984-000

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

ROBERT F. ANDERSON
208 CANDI LANE
COLUMBIA, SC 29210

CHECK NUMBER
**3038**

DATE: 09/09/09
AMOUNT: *********124.42

**2192305**

PAY TO THE ORDER OF

CLERK OF THE COURT
1100 LAUREL STREET
COLUMBIA, SC 29201-2423

CASE NUMBER: 05-08378    DRD    ESTATE OF Debtor: FOSTER, KATE SYKES

One Hundred Twenty Four Dollars And 42/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003038⑈ ⑆111000012⑆ 4429259991⑈

| Date: 09/09/09 | Check Number: 3038 | Amount: 124.42 |
|---|---|---|
| Case Number: 05-08378    DRD | | |
| Debtor Name: FOSTER, KATE SYKES | | |

| Paid To: | CLERK OF THE COURT<br>1100 LAUREL STREET<br>COLUMBIA, SC 29201-2423 | Trustee: | ROBERT F. ANDERSON<br>208 CANDI LANE<br>COLUMBIA, SC 29210 |
|---|---|---|---|

Description:    Claim 000003, Payment 6.02556%    111-0220984-000

Bank Account Number:    4429259991

| Date: 09/09/09 | Check Number: 3038 | Amount: 124.42 |
|---|---|---|
| Case Number: 05-08378    DRD | | |
| Debtor Name: FOSTER, KATE SYKES | | |

| Paid To: | CLERK OF THE COURT<br>1100 LAUREL STREET<br>COLUMBIA, SC 29201-2423 | Trustee: | ROBERT F. ANDERSON<br>208 CANDI LANE<br>COLUMBIA, SC 29210 |
|---|---|---|---|

Description:    Claim 000003, Payment 6.02556%    111-0220984-000

Bank Account Number:    4429259991

**2192305**