U.S. BANKRUPTCY COURT
District of South Carolina

Case Number: 05-08378

Order Authorizing Payment of Unclaimed Dividend

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**12/01/2009**



US Bankruptcy Court Judge
District of South Carolina

Entered: 12/02/2009

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **Kate Sykes Foster** | ) <br> ) **CASE NO: 05-08378-DD** <br> ) **CHAPTER: 7** <br> ) <br> ) **ORDER AUTHORIZING PAYMENT** <br> ) **OF UNCLAIMED DIVIDENDS** <br> ) <br> ) |
| **DEBTOR.** | ) |

This matter comes before the court pursuant to 11 U.S.C. § 347(a) and 28 U.S.C. § 2042 and the motion of The Locator Services Group, Ltd on behalf of General Electric Company for Citicapital Commercial Corp., seeking disbursement of funds previously unclaimed by General Electric Company for Citicapital Commercial Corp., in the above-named case. It appears from the motion and its supporting documentation that The Locator Services Group, Ltd on behalf of General Electric Company for Citicapital Commercial Corp., is entitled to the funds now held by the United States Treasury.

It is, therefore, ORDERED, that the following dividend: $2,064.87, be paid to The Locator Services Group, Ltd on behalf of General Electric Company for Citicapital Commercial Corp. , from the unclaimed dividend account maintained by the United States Treasury.

AND IT IS SO ORDERED.