**EXHIBIT A TO SC LBR 3011-1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

FILED
at___O'clock &___min___M

MAY 2 2 2012

United States Bankruptcy Court
Columbia, South Carolina (JAB)

IN RE:

    Jack Funderburk

CASE NO:  01-5395
CHAPTER:  13

MOTION FOR PAYMENT
OF UNCLAIMED DIVIDENDS

               DEBTOR(S)

NOW APPEARS the movant, General Electric Company , and states that on 10/28/08 Citicorp Vendor Finance became entitled to receive $ 364.89 as a distribution in this case. Movant is now entitled to said funds. The amount requested is being held in the United States Treasury as unclaimed funds pursuant to 11 U.S.C. § 347(a). The reason that the original disbursement was not presented for payment was because: **(specifically state reason and include brief history of creditor/claimant from filing of claim to present)**[1]

The movant represents that he/she/it is entitled to receive the requested funds and that no other party is entitled to the funds based upon: (check the statement(s) that apply)[2]

_____ movant is the creditor/claimant/self-representative entitled to said funds and is the owner of the funds appearing on the records of this Court;

_____ movant is a representative of the estate of a deceased claimant (owner of the funds), as evidenced in the attached documents, including copies of probate documents establishing a right to act on behalf of the decedent's estate;

__X__ movant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and is the representative of the owner of the funds, as evidenced by attached affidavit; if creditor/claimant is a successor corporation or partnership, the creditor/claimant has attached copies of documents establishing the derivation of entitlement to the funds;

_____ movant has been assigned the claim, as evidenced in the attached documents;

_____ movant is named in the attached notarized Power of Attorney by the owner of the funds, valid under the laws of the State of South Carolina, which empowers movant to collect the unclaimed funds described above on behalf of the owner.

WHEREFORE, the movant submits to the jurisdiction of this Court and requests that an order be entered directing payment of the unclaimed funds described above to the movant.

---

[1]  Specific and sufficient details of any transfer of the original claim, change of name or address of original claimant (such as through sale or merger) must be provided or the motion will be denied.

[2]  Any attorney representing a movant seeking payment of unclaimed dividends must be admitted to practice before this Court as set forth in SC LBR 2090-1.

I, __Duane Rice__, hereby declare under penalty of perjury that the foregoing is true and correct and state that I am a creditor/debtor in the above-named case and request payment of my unclaimed dividend/refund check or am authorized to request payment of the above dividend and that I have served a copy of this motion and attachments on the United States Attorney for the District of South Carolina on (____.

Name __Duane Rice__

Current Phone No. __239.275.2475__

Last Four Digits of Social Security No. __9340__

Previous Mailing Address _____

Current Mailing Address __4211 Metro Parkway, Ft. Myers, FL 33916__

Driver's License No. __See attached__

Signature of Movant
(Corporate Seal Required for Corporation)[3]

I, __Lori Lamaritata__, a notary public for the State of __Florida__, certify that I have examined the motion for payment of unclaimed dividend and documentation of the movant which establishes identity, and the above motion was subscribed and sworn to before me in __Ft. Myers__, (city/town), __Florida__ (state), this day of __27 Dec__, __2011__.

_Lori Lamaritata_ (seal)
Notary Public
My commission expires: __7|2|2013__

> LORI LAMARITATA
> MY COMMISSION # DD 786653
> EXPIRES: July 2, 2012
> Bonded Thru Notary Public Underwriters

---

[3]   If corporate seal is not affixed or available, then appropriate documentation is required which indicates that the person signing the motion is authorized to do so.

SOSID: 0350141
Date Filed: 10/30/2008 9:34:00 AM
Elaine F. Marshall
North Carolina Secretary of State
C200830300291

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE CERTIFICATE OF MERGER, WHICH
MERGES:

"CITICORP VENDOR FINANCE, INC.", A DELAWARE CORPORATION,

WITH AND INTO "GE CAPITAL COMMERCIAL INC." UNDER THE NAME OF
"GE CAPITAL COMMERCIAL INC.", A CORPORATION ORGANIZED AND
EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, WAS RECEIVED
AND FILED IN THIS OFFICE THE FOURTH DAY OF AUGUST, A.D. 2008, AT
12:14 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID
CORPORATION SHALL BE GOVERNED BY THE LAWS OF THE STATE OF
DELAWARE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES
HAVE BEEN PAID TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE
BEEN FILED TO DATE.

2105570   8330

081049645

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 6919872

DATE: 10-20-08

## General Electric Company 14-0689340

## 2010 Consolidated Federal Tax Return

## Tax Year Ending December 31, 2010

## Form 851 Part II Full Ownership Information

| Corp. No | Name | PBA Code No. | Number of Shares | % of Voting Power | % of Value | Owned By Corp. No. |
|---|---|---|---|---|---|---|
| 410 | GE Pacific-3 Holdings, Inc. | 525990 | 100 | 100.00% | 100.00% | 408 |
| 411 | Working Capital Solutions Funding LLC | 523900 | 1 | 100.00% | 100.00% | 273 |
| 412 | GE Accounts Receivable Funding Master Note Trust | 523900 | 1 | 100.00% | 100.00% | 411 |
| 413 | Rebel Rents, Inc. (California) | 523900 | 100 | 100.00% | 100.00% | 4 |
| 414 | BP Centerpoint IV, LLC | 531390 | 1 | 100.00% | 100.00% | 288 |
| 415 | GE Business Financial Services Inc. | 525990 | 1 | 100.00% | 100.00% | 563 |
| 416 | GE EQUITY INVESTMENT MANAGER, LLC | 525990 | 1 | 100.00% | 100.00% | 4 |
| 417 | GE INDUSTRIAL INVESTMENT GENERAL PARTNER, LLC | 525990 | 1 | 100.00% | 100.00% | 128 |
| 418 | GE Capital Commercial Inc. | 525990 | 1 | 100.00% | 100.00% | 68 |
| 419 | GE Subsidiary, Inc. 61A | 525990 | 4 | 100.00% | 100.00% | 944 |
| 420 | GEA Distribution, Inc. | 551112 | 100 | 100.00% | 100.00% | 419 |
| 421 | Product Distribution Company | 484110 | 1,000 | 100.00% | 100.00% | 1 |
| 422 | Advanced Services, Inc | 541910 | 1,000 | 100.00% | 100.00% | 1 |
| 423 | GEICS Product Services, Inc. | 541990 | 1,000 | 100.00% | 100.00% | 1 |
| 424 | GE Industrial Systems Sales, Inc. | 541990 | 1,000 | 100.00% | 100.00% | 1 |
| 425 | General Electric Transportation Services, Inc. | 484120 | 1,000 | 100.00% | 100.00% | 1 |
| 426 | Reuter-Stokes, Inc. | 339900 | 3,362 | 100.00% | 100.00% | 1 |
| 427 | Instrument Transformers, Inc. | 334410 | 1,000 | 100.00% | 100.00% | 1 |
| 428 | Plastics Realty Corporation | 531190 | 190 | 100.00% | 100.00% | 1 |
| 429 | Genstar Instant Space Inc. | 523900 | 500 | 100.00% | 100.00% | 111 |
| 430 | Heritage Casualty Insurance Company | 524150 | 300,000 | 100.00% | 100.00% | 308 |
| 431 | Power Generation Services, Inc. | 561210 | 25 | 100.00% | 100.00% | 1 |
| 432 | Chemico Engineering Co., Ltd. | 339900 | 5,000 | 100.00% | 100.00% | 373 |
| 433 | GEAE Technology, Inc. | 541990 | 100 | 100.00% | 100.00% | 1 |
| 434 | GE On Wing Support, Inc. | 811310 | 100 | 100.00% | 100.00% | 354 |
| 435 | GE Engine Services UNC Holding I, Inc. | 551112 | 1,000 | 100.00% | 100.00% | 988 |
| 436 | Johnson Technology, Inc. | 336410 | 10 | 100.00% | 100.00% | 435 |
| 437 | UNC Pacific Airmotive Corporation, Inc. | 551112 | 500 | 100.00% | 100.00% | 435 |
| 438 | UNC Nuclear Industries, Inc. | 551112 | 10 | 100.00% | 100.00% | 435 |
| 439 | United Nuclear Corporation | 551112 | 1,000 | 100.00% | 100.00% | 435 |
| 440 | UNC Cornucopia Mining Co., Inc. | 551112 | 1,000 | 100.00% | 100.00% | 439 |
| 441 | MRA Systems, Inc. | 336410 | 1,000 | 100.00% | 100.00% | 359 |
| 442 | UNC Recovery Corporation | 551112 | 1 | 100.00% | 100.00% | 435 |
| 443 | GE Aircraft Engine Funding Corporation | 551112 | 100 | 100.00% | 100.00% | 1032 |
| 444 | GE Engine Services - Tri-Remanufacturing, Inc. | 811310 | 1,000 | 100.00% | 100.00% | 435 |
| 445 | GE Engine Services International, Inc. | 541990 | 1,000 | 100.00% | 100.00% | 1032 |
| 446 | GE Accessory Services - Grand Prairie, Inc. | 811310 | 1,000 | 100.00% | 100.00% | 435 |
| 447 | GE Engine Leasing Holdings, Inc. | 551112 | 100 | 100.00% | 100.00% | 1 |
| 448 | GE Aviation Materials, Inc. | 551112 | 1 | 100.00% | 100.00% | 1032 |
| 449 | CFE Core Corporation | 551112 | 100 | 100.00% | 100.00% | 1 |
| 450 | GEAE Holdings II, Inc. | 551112 | 100 | 100.00% | 100.00% | 1 |
| 451 | Nuclear Fuel Holding Co., Inc. | 551112 | 1,000 | 100.00% | 100.00% | 1 |
| 452 | Nuclear Fuel Management Co., Inc. | 551112 | 1,000 | 100.00% | 100.00% | 1 |
| 453 | OEC Medical Systems, Inc. | 339110 | 12,866,863 | 100.00% | 100.00% | 1 |
| 454 | GE Parallel Design Inc. | 339110 | 1,000 | 100.00% | 100.00% | 1 |
| 455 | Cardinal Cogen, Inc. | 221100 | 1,000 | 100.00% | 100.00% | 1 |
| 456 | Heller Financial, Inc. | 522298 | 970 | 100.00% | 100.00% | 4 |
| 457 | GlobaLease, Inc. | 522298 | 100 | 100.00% | 100.00% | 456 |
| 458 | Heller Advisory Corporation | 522298 | 1,000 | 100.00% | 100.00% | 456 |
| 459 | Heller Capital Management, Inc. | 523900 | 1,345,599 | 100.00% | 100.00% | 456 |
| 460 | Heller Capital Markets Group, Inc. | 522298 | 1,000 | 100.00% | 100.00% | 456 |