**Form 323BNC**  (Revised 07/18/2011)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

Case Number: 01–05395–jw                                Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Jack Funderburk
aka Jackie Gene Funderburk, aka Jack Funderburk, aka
Jackie Gene Funderburk II, dba South Star Equipment
POBox 208
Kingstree, SC 29556

SSN: xxx–xx–2167 EIN: 57-1054831

**NOTICE OF DEFICIENCY RE: UNCLAIMED DIVIDENDS**

| Filed By The Court |
| --- |
| 5/23/12 |
| L. Jefferson Davis IV (Acting) |
| Clerk of Court |
| US Bankruptcy Court |

To: General Electric Company

You have submitted to the Court a motion for payment of unclaimed dividends on 5/22/2012. The motion is deficient for the following reason(s):

- ☐ Motion does not list the original creditor's information/address as listed on the schedules or proof of claim;
- ☐ Motion does not give a complete history from the original claimant to the party requesting the funds;
- ☑ Motion and applicable documents have not been served upon the United States Attorney for the District of South Carolina;
- ☐ Amount requested is not consistent with the amount indicated in the Court's claim registry;
- ☐ Claim or amount is for joint claimant and only one claimant has signed the motion (all claimants must sign motion);
- ☐ Motion has not been submitted utilizing forms in substantial conformity with SC LBR 3011–1;
- ☑ The information in the Motion is not complete with respect to the following: The IRS form W–9; Request for Taxpayer Identification Number and Certification
- ☐ The moving party is acting under a power of attorney but is not represented by an attorney;
- ☐ Motion has not been notarized;
- ☐ Motion does not provide certified copies of the probate documents establishing the movant's right to act on behalf of a deceased claimant's estate;
- ☐ Exhibit B to SC LBR 3011–1 was not submitted;
- ☑ The tax identification number or social security number of the claimant/payee has not been provided;
- ☐ Proof of identification of the claimant/payee has not been provided;
- ☑ Other: **Need the Tax ID for the Company, not the idividual signing the motions.**

Please cure the deficiency within (10) days from the entry of this notice, **.**

Upon failure to cure, the Court may enter an order striking the document, denying or dismissing the relief, or providing other adverse ruling without further notice or hearing.

L. Jefferson Davis IV (Acting)
Clerk of Court
United States Bankruptcy Court

By:  R Richardson, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 253–3624

Columbia, South Carolina
Dated:  5/23/12

Document:  429 – 427, 428